

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK LEE | CIVIL ACTION NO. 1:10-cv-00515 |
| VERSUS | |
| | U.S. DISTRICT JUDGE DRELL |
| INSURANCE CO. OF CORRECTIONS CORP. OF AMERICA OF TENNESSEE L.L.C., et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #5) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____18____ day of May, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**