UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DERRICK LEE (#317985)**          DOCKET NO. 10-CV-515; SEC. P

**VERSUS**                          JUDGE DRELL

**CCA OF TENNESSEE, ET AL.**        MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint against **Winn Correctional Center and Corrections Corporation of Tennessee ONLY** be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 20th day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE